CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKe

AUG 19 2010

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERRY K. OFORI,<br>  Petitioner, | Civil Action No. 7:10-cv-00368 |
| v. | **ORDER** |
| TRACY S. RAY, et al.,<br>  Respondents. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED**, pursuant to Rule 4 of the Rules Governing § 2254 Cases; a Certificate of Appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 19th day of August, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge